UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JITENDRA VEKARIA,                          :
                                           :
                         Plaintiff,        :
                                           :          22 Civ. 3197 (JPC) (JLC)
            -v-                             :
                                           :          ORDER
MTHREE CORPORATE CONSULTING, LTD. et al.,  :
                                           :
                                           :
                         Defendants.       :
                                           :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on April 19, 2021.  Dkt. 1.  Defendants Alex Headley, Benjamin Town, Thomas Seymour, and Richard Chapman (collectively, the "Individual Defendants") have not appeared in this action, and the docket does not reflect whether the Individual Defendants have been served.  Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).

Plaintiff is ordered to file a status letter by July 27, 2022, describing (1) whether service of the summons and Complaint has been made on the Individual Defendants, and (2) if service has not been effected on the Individual Defendants, whether Plaintiff requests an extension of time to serve the Individual Defendants.  If Plaintiff requests an extension of time to effect service, he shall include in his letter an explanation of why there is good cause to excuse the failure to serve the Individual Defendants within the 90-day deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  If service of the summons and Complaint has been made on the Individual

Defendants, Plaintiff must file proof of service on the docket no later than July 27, 2022.

     SO ORDERED.

Dated: July 21, 2022
      New York, New York
                                         JOHN P. CRONAN
                            United States District Judge