# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| JITENDRA VEKARIA, | : | Case No. 1:22-cv-03197-JPC |
| Plaintiff, | : | |
| -against- | : | |
| MTHREE CORPORATE CONSULTING, LTD., JOHN WILEY & SONS, INC., ECI PARTNERS LLC, ALEX HEADLEY, BENJAMIN TOWN, THOMAS SEYMOUR, and RICHARD CHAPMAN, | : | |
| Defendants. | : | |

---

## DEFENDANTS JOHN WILEY & SONS, INC. AND MTHREE CORPORATE CONSULTING, LTD.'S NOTICE OF PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants John Wiley & Sons, Inc. ("Wiley") and Mthree Corporate Consulting, Ltd. ("Mthree"), by and through their undersigned counsel, respectfully move to dismiss Counts Three, Four, Seven, Eight, and Nine of Plaintiff Jitendra Vekaria's Complaint, and for other and further relief as the Court deems just and proper. In support, Wiley and Mthree submit a Memorandum of Law dated July 22, 2022, which is being filed contemporaneously with this motion.

Dated: Hoboken, New Jersey
       July 22, 2022

                                              Respectfully submitted,

By: /s/ Kevin H. Kim
     Kevin H. Kim
     John Wiley & Sons, Inc.
     111 River Street
     Hoboken, New Jersey 07030
     Phone: (201) 748-5809
     Fax: (201) 748-6500

kkim2@wiley.com

*Attorney for Defendants John Wiley & Sons, Inc. and Mthree Corporate Consulting, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, a copy of the foregoing Defendants John Wiley & Sons, Inc. and Mthree Corporate Consulting, Ltd.'s Notice of Partial Motion to Dismiss, and Defendants John Wiley & Sons, Inc. and Mthree Corporate Consulting, Ltd.'s Memorandum of Law in Support of Their Partial Motion to Dismiss were served upon the following counsel of record by the Court's CM/ECF system:

Travis Tatko
Capell Barnett Matalon & Schoenfeld LLP
1385 Broadway, 12th Floor
New York, NY 10018
212-661-1144
Fax: 888-419-0650
Email: travistatko@nysbusinesslaw.com

                                                                                 /s/ Kevin H. Kim
                                                                                   Kevin H. Kim