**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

------------------------X
--------

| | |
|---|---|
| JITENDRA VEKARIA, : | Index No. 1:22-cv-03197 |
| Plaintiff, : | |
| v. : | |
| MTHREE CORPORATE CONSULTING, LTD., JOHN WILEY & SONS, INC., ECI PARTNERS LLC, ALEX HEADLEY, BENJAMIN TOWN, THOMAS SEYMOUR, AND RICHARD CHAPMAN, : | |
| Defendant(s). : | |

------------------------X
--------

### AFFIDAVIT OF SERVICE

LONDON, ENGLAND     )
                    ) ss.:
UNITED KINGDOM      )

Richard Lessing, Process Server, being duly sworn, deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I am employed by Tremark Associates Limited, 1 Quality Court, Off Chancery Lane, London, WC2A 1HR.

2. On Thursday, August 25, 2022, at approximately 2:24 P.M., I served true copies of the foregoing "Documents": Summons & Complaint (Index No. 1:22-cv-03197), on the following:

>   **NAME**: Richard Chapman
>
>   **LOCATION**: Brettenham House, 2-19 Lancaster Pl., 2nd Floor, London WC2, United Kingdom.

3. I made such service by personally delivering the aforementioned documents to Richard Chapman.

4. The circumstances of this personal service were as follows: I attended Brettenham House and was directed to the 2nd floor where the lady on reception told me that Mr. Chapman was in a meeting until 3pm. I stressed that the Documents needed to be handed to him personally and she went to see if she could speak to him. Very shortly afterwards a man came to see me

1

and confirmed that he was Mr. Chapman. I handed him the envelope of Documents, thanked him, and left.

5. Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the Term is defined in either the State or Federal Statutes.

Sworn to before me this 1st

day of September of 2022

Eleni Prodromou
Solicitor
255 Muswell Hill Broadway
London N10 1DG

LAYZELLS
SOLICITORS
255 Muswell Hill Broadway
London N10 1DG
Tel 020 8444 0202