

**Kevin Kim**
Senior Counsel - Litigation

T: +1 201 748 5809
F: +1 201 748 6500
E: kkim2@wiley.com

October 18, 2022

**Via ECF**

The Honorable John P. Cronan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

RE: *Jitendra Vekaria v. Mthree Corporate Consulting, Ltd. et al.*
    <u>**Case No. 22-cv-03197-JPC**</u>

Dear Judge Cronan,

I'm writing on behalf of Defendants John Wiley & Sons, Inc. ("Wiley") and Mthree Corporate Consulting, Ltd. ("Mthree") pursuant to Your Honor's Order dated October 11, 2022 regarding Plaintiff Jitendra Vekaria's service of Defendant Alex Headley. Wiley and Mthree do possess Mr. Headley's contact information as of 2020, however, they believe it would be more convenient and prudent if Vekaria were to coordinate service with Mr. Headley's attorney. Wiley and Mthree have already advised Mr. Tatko of Mr. Headley's attorney's contact information, and trust that this will assist Plaintiff in serving Mr. Headley.

Sincerely,

/s/ Kevin H. Kim

Kevin H. Kim

Senior Counsel - Litigation