# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JITENDRA VEKARIA,<br><br>      Plaintiff,<br><br>   v.<br><br>MTHREE CORPORATE CONSULTING, LTD., JOHN WILEY & SONS, INC., ECI PARTNERS LLC, ALEX HEADLEY, BENJAMIN TOWN, THOMAS SEYMOUR, and RICHARD CHAPMAN,<br><br>      Defendants. | **Civil Action No. 1:22-cv-03197-JPC-JLC** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Clay J. Pierce of the law firm of Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, New York, New York 10036, hereby enters his appearance as counsel for Defendant Richard Chapman in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: October 31, 2022
    New York, New York

                  **FAEGRE DRINKER BIDDLE & REATH LLP**

                  By: /s/ Clay J. Pierce
                     Clay J. Pierce

                  1177 Avenue of the Americas
                  41st Floor
                  New York, NY 10036
                  212-248-3140
                  Clay.Pierce@faegredrinker.com