UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JITENDRA VEKARIA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MTHREE CORPORATE CONSULTING, LTD., JOHN WILEY & SONS, INC., ECI PARTNERS LLC, ALEX HEADLEY, BENJAMIN TOWN, THOMAS SEYMOUR, and RICHARD CHAPMAN,<br><br>                    Defendants. | Civil Action No. 1:22-cv-03197-JPC-JLC |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew L. Van Houter of the law firm of Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, New York, New York 10036, hereby enters his appearance as counsel for Defendant Richard Chapman in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated:   October 31, 2022
             New York, New York

                                                **FAEGRE DRINKER BIDDLE & REATH LLP**

                                                By: /s/ Andrew L. Van Houter
                                                      Andrew L. Van Houter

                                                1177 Avenue of the Americas
                                                41st Floor
                                                New York, NY 10036
                                                212-248-3140
                                                Andrew.VanHouter@faegredrinker.com