AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| JITENDRA VEKARIA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-03197-JPC-JLC |
| MTHREE CORPORATE CONSULTING, LTD. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Seymour                                                                                                          .

Date:      11/30/2022                                            /s/ Kevin H. Kim
                                                                                *Attorney's signature*


                                                                      Kevin H. Kim (N.Y. Bar No. 4929865)
                                                                            *Printed name and bar number*
                                                                               John Wiley & Sons, Inc.
                                                                                     111 River Street
                                                                                   Hoboken, NJ 07030


                                                                                          *Address*


                                                                              kkim2@wiley.com
                                                                                    *E-mail address*


                                                                               (201) 748-5809
                                                                                *Telephone number*


                                                                               (201) 748-6500
                                                                                   *FAX number*