**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------X

JITENDRA VEKARIA,  : Index No. 1:22-cv-03197

        Plaintiff, :

        v. :

MTHREE CORPORATE CONSULTING, LTD.,
JOHN WILEY & SONS, INC., ECI PARTNERS
LLC, ALEX HEADLEY, BENJAMIN TOWN,
THOMAS SEYMOUR, AND RICHARD
CHAPMAN, :

        Defendant(s). :

-------------------------------X

## AFFIDAVIT OF SERVICE

LONDON, ENGLAND  )
                   ) ss.:
UNITED KINGDOM  )

Richard Lessing, being duly sworn, deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I am employed by Tremark Associates Limited of 1 Quality Court, Off Chancery Lane, London, WC2A 1HR, England.

2. On Monday, October 17, 2022, at approximately 2:50 P.M., I served true copies of the foregoing "Documents": Summons & Complaint (Index No. 1:22-cv-03197), on the following:

    **NAME**: Benjamin Town

    **LOCATION**: 10th Floor, 3 Harbour Exchange London, E14 9GE, United Kingdom.

3. I made such service by personally delivering the aforementioned documents to Thomas Hanks at the offices of John Wiley & Sons, Inc., 3 Harbour Exchange, 10th Floor, London, E14 9GE, United Kingdom .

4. The circumstances of this personal service were as follows: I attended John Wiley & Sons, Inc.'s office located on the 10th Floor, 3 Harbour Exchange London, E14 9GE, United Kingdom and was directed to the 10th floor where I spoke to a lady who fetched a man called Thomas Hanks. I was unable to locate Benjamin Town and Thomas Hanks was unable to assist me. The papers were left within the premises in the presence of Mr Hanks. I advised the envelope contained important court documents and requested they are brought to the attention of Benjamin Town. He asked for my name and company details which I provided and then left.

5. Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the Term is defined in either the State or Federal Statutes.

Sworn to before me this 28th day of November of 2022

Eleni Prodromou
Solicitor
255 Muswell Hill Broadway
London N10 1DG

LAYZELLS
SOLICITORS
255 Muswell Hill Broadway
London N10 1DG
Tel 020 8444 0202

2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-03197

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Benjamin Town
was received by me on *(date)* April 27, 2022 .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons on November 9, 2022, by delivering the summons and complaint via electronic mail and direct message to Mr. Town's LinkedIn account in accordance with the Court's Order dated October 11, 2022, ECF No. 45.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 13, 2022

*Server's signature*

Travis Tatko, Attorney for Plaintiff

*Printed name and title*

Capell Barnett Matalon & Schoenfeld LLP
1385 Broadway, 12th Floor
New York, NY 10018

*Server's address*

Additional information regarding attempted service, etc: