# Capell Barnett Matalon & Schoenfeld LLP
## ATTORNEYS AT LAW

1385 Broadway, 12th Floor
New York, New York 10018
Phone: (212) 661-1144
Fax: (646) 589-0098

487 Jericho Turnpike
Syosset, New York 11791
Phone: (516) 931-8100
Fax: (516) 931-8101

www.cbmslaw.com

January 4, 2023

**VIA ECF**

Honorable John P. Cronan
United States District Court, Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

**Re:**   Vekaria v. MThree Corporate Consulting, Ltd. et al.
Case Number: 1:22-cv-03197-JPC-JLC
**Letter Motion to Amend Caption and Complaint for Correct Defendant and Amend Briefing Schedule for Motion to Dismiss by Defendant Richard Chapman**

Dear Judge Cronan:

I represent the Plaintiff in the above referenced action. Plaintiff hereby requests to amend the caption and Complaint to correct the entity name of one of the defendants in this case, and to amend the briefing schedule for the motion to dismiss by Defendant Richard Chapman to consolidate the motion practice in this case. This letter is being submitted with the participation and consent of counsel for Mr. Chapman, who plan to serve as incoming counsel for the corrected defendant, ECI Partners LLP, as discussed further herein.

Request to Amend Caption and Complaint

Plaintiff has named ECI Partners LLC as a defendant in this action.[1] Counsel for ECI Partners LLC has been in contact with me and advised that this company has nothing to do with the parties or matters involved in this case, and that my client has sued the incorrect "ECI Partners" entity. Upon further investigation, it appears that the correct named entity should be ECI Partners LLP, a limited liability partnership registered in England and Wales.

Based on the foregoing, Plaintiff hereby requests to amend the case caption to reflect "ECI Partners LLP" as a named defendant instead of "ECI Partners LLC," and seeks the Court's approval to file a First Amended Complaint in the form at Exhibit A (clean version) and Exhibit B (redline version in comparison with the original Complaint, ECF No. 1). Such First Amended Complaint contains minimal changes, primarily to reflect the named defendant as ECI Partners LLP, and there are no new substantive allegations or claims.

---

[1] At the time of the filing of this lawsuit, ECI Partners LLC was the only business entity registered with the State of New York with the name "ECI Partners" based on a search of the New York Department of State's online records.

Honorable John P. Cronan
United States District Court, Southern District of New York

January 4, 2023

<u>Request to Amend Briefing Schedule for Mr. Chapman's Motion to Dismiss</u>

Counsel for Mr. Chapman has agreed to accept service for ECI Partners LLP and intends to enter an appearance on its behalf and represent both Mr. Chapman and ECI Partners LLP (collectively, the "ECI Parties") in this action.  In light of the foregoing, counsel for both Plaintiff and Mr. Chapman respectfully request to amend the briefing schedule for Mr. Chapman's forthcoming motion to allow for one combined motion to dismiss to be filed on behalf of both of the ECI Parties instead of two separate motions.  This will help to economize the motion practice before Your Honor and for all counsel involved.

Currently, Mr. Chapman's motion to dismiss is due by January 13, 2023, with Plaintiff's opposition due by March 2, 2023, and Mr. Chapman's reply due by March 22, 2023.  We respectfully propose that these dates be amended such that the motion to dismiss on behalf of both Mr. Chapman and ECI Partners LLP will be due by February 3, 2023, with Plaintiff's opposition due within 45 days from such motion deadline (March 20, 2023), and the reply due within 20 days from the opposition deadline (April 10, 2023).

Based on the foregoing reasons, and for good cause, we respectfully request the Court's permission to amend the caption and complaint for the corrected defendant and the amended briefing schedule for the forthcoming motion to dismiss.

I thank the Court and Your Honor for your consideration of this letter motion.

Respectfully submitted,

Travis Tatko

The requests are granted.  Plaintiff shall file his amended complaint by January 12, 2023; Defendant Richard Chapman and projected future defendant ECI Partners LLP shall jointly move to dismiss by February 3, 2023; Plaintiff shall oppose by March 20, 2023; and Chapman and ECI Partners LLP shall reply by April 10, 2023.

SO ORDERED
Date: January 5, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge