UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
           :
JITENDRA VEKARIA,          :
           :
          Plaintiff,          :
           :          22 Civ. 3197 (JPC)
   -v-          :
           :          ORDER
MTHREE CORPORATE CONSULTING, LTD. *et al.*,  :
           :
          Defendants.       :
           :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 5, 2023, the Court granted Plaintiff Jitendra Vekaria's letter motion for leave to amend the Complaint and ordered Plaintiff to file his amended complaint by January 12, 2023. Dkt. 59. The docket reflects that the amended complaint has not been filed. Consequently, by January 25, 2023, Plaintiff is ordered to file his amended complaint or, in the alternative, to file a status letter explaining why the amended complaint has not been filed.

      SO ORDERED.

Dated: January 18, 2023
      New York, New York
                                                   JOHN P. CRONAN
                                             United States District Judge