```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JITENDRA VEKARIA,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :      22 Civ. 3197 (JPC)
            -v-                                                        :
                                                                       :              ORDER
MTHREE CORPORATE CONSULTING, LTD. et al.,                              :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On January 11, 2023, the Court issued an Order explaining that once Plaintiff Jitendra Vekaria filed his First Amended Complaint, it would deny as moot the motion to dismiss the original Complaint filed by Defendants John Wiley & Sons, Inc. ("Wiley") and MThree Corporate Consulting, Ltd. ("MThree"), Dkt. 30.  *See* Dkt. 61.  Yesterday, Vekaria filed the First Amended Complaint.  Dkt. 63.  Consequently, Wiley and MThree's motion to dismiss is denied as moot.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 30.  As discussed in the Court's Order, Wiley and MThree shall file their motion to dismiss the First Amended Complaint by February 3, 2023; Vekaria shall file his opposition by March 20, 2023; and Wiley and MThree shall file their reply by April 10, 2023.  Because the First Amended Complaint contains only minor changes from the Complaint, *see* Dkt. 58-2, the briefing filed in connection with the motion to dismiss the First Amended Complaint may but need not differ from the briefing filed in connection with the motion to dismiss the Complaint.  *See* Dkt. 61.

      SO ORDERED.

Dated: January 19, 2023  
      New York, New York

                                                JOHN P. CRONAN  
                                             United States District Judge