UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | : | |
|---|---|---|
| JITENDRA VEKARIA, | : | Case No. 1:22-cv-03197-JPC |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| MTHREE CORPORATE CONSULTING, LTD., | : | |
| JOHN WILEY & SONS, INC., ECI PARTNERS | : | |
| LLP, ALEX HEADLEY, BENJAMIN TOWN, | : | |
| THOMAS SEYMOUR, and RICHARD | : | |
| CHAPMAN, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------X

**<u>DEFENDANTS JOHN WILEY & SONS, INC. AND MTHREE CORPORATE
CONSULTING, LTD.'S NOTICE OF PARTIAL MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants John Wiley & Sons, Inc. ("Wiley") and Mthree Corporate Consulting, Ltd. ("Mthree"), by and through their undersigned counsel, respectfully move to dismiss Counts Three, Four, Seven, Eight, and Nine of Plaintiff Jitendra Vekaria's First Amended Complaint, and for other and further relief as the Court deems just and proper. In support, Wiley and Mthree submit a Memorandum of Law dated February 3, 2023, which is being filed contemporaneously with this motion.

Dated: Hoboken, New Jersey
      February 3, 2023

                              Respectfully submitted,

                        By: <u>/s/ Kevin H. Kim</u>
                           Kevin H. Kim
                           John Wiley & Sons, Inc.
                           111 River Street
                           Hoboken, New Jersey 07030
                           Phone: (201) 748-5809

Fax: (201) 748-6500
kkim2@wiley.com

*Attorney for Defendants John Wiley & Sons, Inc., Mthree Corporate Consulting, Ltd., and Thomas Seymour*

## CERTIFICATE OF SERVICE

   I hereby certify that on February 3, 2023, a copy of the foregoing Defendants John Wiley & Sons, Inc. and Mthree Corporate Consulting, Ltd.'s Notice of Partial Motion to Dismiss Plaintiff's First Amended Complaint, and Defendants John Wiley & Sons, Inc. and Mthree Corporate Consulting, Ltd.'s Memorandum of Law in Support of Their Partial Motion to Dismiss Plaintiff's First Amended Complaint were served upon the following counsel of record by the Court's CM/ECF system:

**Counsel for Plaintiff Jitendra Vekaria**
Travis Tatko
Capell Barnett Matalon & Schoenfeld LLP
1385 Broadway, 12th Floor
New York, NY 10018
212-661-1144
Fax: 888-419-0650
Email: travistatko@nysbusinesslaw.com

**Counsel for Defendants Richard Chapman and ECI Partners LLP**
Clay J. Pierce
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036
212-248-3186
Email: clay.pierce@faegredrinker.com

Andrew Lawrence Van Houter
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
973-549-7018
Email: andrew.vanhouter@faegredrinker.com

                    /s/ Kevin H. Kim
                     Kevin H. Kim