AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jitendra Vekaria ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-03197 |
| MThree Corporate Consulting Ltd., et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jitendra Vekaria

Date: 03/30/2023

*Attorney's signature*

Michelangelo Macchiarella (MM 5653688)
*Printed name and bar number*
Capell Barnett Matalon & Schoenfeld LLP
1385 Broadway, 12th Floor
New York, NY 10018

*Address*

MMacchiarella@CBMSLaw.com
*E-mail address*

(212) 661-1144
*Telephone number*

(646) 589-0098
*FAX number*