

Kevin Kim
Senior Counsel - Litigation

T: +1 201 748 5809
F: +1 201 748 6500
E: kkim2@wiley.com

April 10, 2023

**Via ECF**

The Honorable John P. Cronan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      RE:    *Jitendra Vekaria v. Mthree Corporate Consulting, Ltd. et al.*
                **Case No. 22-cv-03197-JPC**

Dear Judge Cronan,

I'm writing on behalf of Defendants Mthree Corporate Consulting, Ltd. ("Mthree") and John Wiley & Sons, Inc. ("Wiley") to request an extension of page length for Mthree and Wiley's reply memorandum of law in support of their partial motion to dismiss Plaintiff Jitendra Vekaria's ("Vekaria") First Amended Complaint, pursuant to Your Honor's Individual Rules and Practices in Civil Cases 2(B) and 3(B).

Pursuant to Your Honor's January 11, 2023 Order (Dkt. No. 63), Mthree and Wiley refiled their Partial Motion to Dismiss Plaintiff's First Amended Complaint on February 3, 2023 (Dkt. Nos. 65 and 66), with the only changes being references to Plaintiff's First Amended Complaint instead of his original Complaint. Mthree and Wiley have drafted their reply memorandum with the same changes, however, while their original reply memorandum (Dkt. No. 41) was 10 pages and conformed with Your Honor's Rule 2(B), the necessary edits to the reply memorandum make the brief 11 pages. Therefore, Defendants Mthree and Wiley respectfully request an extension of page length for their reply memorandum of law to 11 pages.

Sincerely,

/s/ Kevin H. Kim

Kevin H. Kim
Senior Counsel - Litigation

The request is granted. Defendants Mthree Corporate Consulting, Ltd. and John Wiley & Sons, Inc. may submit a reply brief of eleven pages.

SO ORDERED
Date: April 13, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

111 River Street, Hoboken, NJ 07030-5774, U.S.
T +1 201 748 5809
F +1 201 748 6500
www.wiley.com