```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
JITENDRA VEKARIA,                                   :
                                                    :
                        Plaintiff,                  :
                                                    :
          -v-                                       :   22 Civ. 3197 (JPC)
                                                    :
MTHREE CORPORATE CONSULTING, LTD.,                  :   ORDER
JOHN WILEY & SONS, INC.,                            :
ECI PARTNERS LLP, ALEX HEADLEY,                     :
BENJAMIN TOWN, THOMAS SEYMOUR,                      :
and RICHARD CHAPMAN,                                :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 27, 2024, the Court dismissed Counts Three, Four, Five, Six, Seven, Eight, Nine, and Ten of Plaintiff Jitendra Vekaria's Second Amended Complaint, Dkt. 85, as against Defendants Mthree Corporate Consulting Ltd. ("Mthree"), John Wiley & Sons, Inc., ECI Partners LLP, Richard Chapman, and Thomas Seymour. Dkt. 118 at 41. The Court also placed Vekaria on notice of its intent to *sua sponte* dismiss those claims against the two non-moving Defendants, Alex Headley and Benjamin Town, and granted Vekaria an opportunity to present any argument for why his claims against Headley and Town should not be dismissed. *Id.* at 41-42. On October 11, 2024, Vekaria filed a letter with the Court stating that he does not oppose *sua sponte* dismissal of his claims against Headley and Town. Dkt. 122. Headley and Town also filed a letter agreeing that dismissal of Vekaria's claims against them is appropriate. Dkt. 124.

Accordingly, the Court hereby dismisses Counts Three, Four, Five, Six, Seven, Eight, Nine, and Ten of the Second Amended Complaint as against Headley and Town for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6). As a result, the only remaining

claims are Counts One and Two as against Mthree.

    SO ORDERED.

Dated: October 15, 2024
       New York, New York

                                         JOHN P. CRONAN
                                    United States District Judge