USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JITENDRA VEKARIA,

        Plaintiff,                          Case No. 1:22-cv-03197-JPC-HJR

       v.

MTHREE CORPORATE CONSULTING, LTD.,

        Defendant.

-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, as follows:

1. Plaintiff's amendment to his pleadings, currently due July 31, 2025 (*see* Docket Entry at DE 156, granting letter-request for extension at DE 155), shall be extended for two weeks, until August 14, 2025.

2. The purpose of this extension is so that Defendant can have sufficient time to review the proposed amended pleadings to determine if Defendant will consent to the amendment, as Defendant has received the proposed amended pleadings as of the below date.

Dated: July 31, 2025
       Hoboken, New Jersey                   Respectfully submitted,

                                                  JOHN WILEY & SONS, INC.

                                                  _____
                                                  Kristy L. Grazioso
                                                  Kevin H. Kim
                                                   111 River Street
                                                   Hoboken, New Jersey 07030
                                                   Phone: (201) 748-5809

#733888v1

Fax: (201) 748-6500
kgrazioso@wiley.com
kkim@wiley.com
*Attorneys for Defendant Mthree Corporate Consulting, Ltd.*

Dated: July 31, 2025
      New York, New York

Respectfully submitted,

CAPELL BARNETT MATALON & SCHOENFELD LLP

_____
Michelangelo Macchiarella, Esq.
Travis Tatko, Esq.
14 Penn Plaza, Suite 814
New York, NY 10122
Tel: 212.661.1144
Mmacchiarella@cbmslaw.com
ttatko@cbmslaw.com
*Attorneys for Plaintiff Jitendra Vekaria*

**SO ORDERED:**

Dated: August 1, 2025

New York, NY

_____
JUDGE HENRY J. RICARDO
UNITED STATES MAGISTRATE JUDGE