UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JITENDRA VEKARIA,

               Plaintiff,

     -v-

MTHREE CORPORATE CONSULTING, LTD., *et al.*,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025

**ORDER**

22-CV-3197 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 16, 2025, the Court held a conference with the Parties to address Plaintiff's Letter Motion at ECF No. 171 ("Plaintiff's Motion"). Plaintiff's Motion seeks to compel Mr. Headley, the current CEO of Defendant MThree Corporate Consulting, Ltd., to answer certain questions at his deposition. Plaintiff has represented that these questions will be limited to: (1) the claims asserted in the litigation between Mr. Headley and John Wiley & Sons, Inc ("Wiley); and (2) the material terms of the settlement between Mr. Headley and Wiley. This information is not protected by the attorney-client privilege or any other privilege. While such information may be confidential, a confidentiality agreement cannot negate the rules of civil discovery. Therefore, Plaintiff's Motion at ECF No. 171 is **GRANTED**.

**SO ORDERED.**

Dated: September 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge