```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JITENDRA VEKARIA,

                Plaintiff,

   -v-

MTHREE CORPORATE CONSULTING, LTD., *et al.*,

                Defendants.

**ORDER**

22-CV-3197 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' October 10, 2025 joint status letter. ECF No. 174. The Parties shall submit a further joint status letter on **December 15, 2025**. Additionally, the Court confirms that the deadline to complete expert discovery is **March 31, 2026**.

**SO ORDERED.**

Dated: October 14, 2025
       New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge