UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JITENDRA VEKARIA,

                    Plaintiff,

         -v-

MTHREE CORPORATE CONSULTING,
LTD., *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2025_

**ORDER**

22-CV-3197 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 15, 2025 joint status letter. ECF No. 180. The Parties' request to extend the deadline to complete expert discovery is **GRANTED**, and the deadline is extended from March 31, 2026 to **April 22, 2026**. The Parties are directed to file a further joint status letter by **February 17, 2026**.

**SO ORDERED.**

Dated: December 16, 2025
         New York, New York

Henry J. Ricardo
United States Magistrate Judge