UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2026
```

JITENDRA VEKARIA,

                Plaintiff,

       -v-

MTHREE CORPORATE CONSULTING,
LTD., *et al.*,

               Defendants.

**ORDER**

22-CV-3197 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint status letter.  ECF No. 184.  The parties are directed to file a further joint status letter by **April 20, 2026**.

**SO ORDERED.**

Dated: February 18, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge