UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JITENDRA VEKARIA,

                Plaintiff,

       -v-

MTHREE CORPORATE CONSULTING,
LTD., *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2026

**ORDER**

22-CV-3197 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter.  ECF No. 189.  The parties are directed to file a further joint status letter by **June 5, 2026**.

**SO ORDERED.**

Dated: April 21, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge